AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) | |
| v. | ) | Case No. **1 26CR 028** |
| | ) | |
| | ) | |
| DERRICK LONG | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)     DERRICK LONG                                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 922(g)(1) - Possession of Ammunition by a Prohibited Person

Date:     03/12/2026                                           _Issuing officer's signature_

City and state:     Cincinnati, Ohio                         Richard W. Nagel, Clerk, U.S. District Court
                                                            _Printed name and title_

---

| **Return** |
|---|
| This warrant was received on (date) 3/12/2026 , and the person was arrested on (date) 3/13/2026 at (city and state) CINCINNATI, OH . |
| Date: 3/13/26                              _Arresting officer's signature_ |
| NATHANIEL QUINN, DEPUTY U.S. MARSHAL |
| _Printed name and title_ |