**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,

Plaintiff,

v. Case No. 1:26-cr-028

Derrick Long,

Defendant.

## ORDER

This matter is before the Court pursuant to a telephone status conference conducted by the undersigned on August 19, 2026. Defendant was not present.

Counsel for the Defendant entered an oral motion to continue during the telephone conference so that they may continue to review discovery and engage in possible plea negotiations.

Accordingly, a continuance is essential in order for the Defendant to review discovery and continue to engage in possible plea discussions. Therefore, the Court finds that the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i) and thereby **GRANTS** the request before the Court.

Based on the foregoing, the Court finds the period of time elapsing from August 19, 2026, until September 24, 2026, is properly, and shall be, excluded from the speedy trial calculation. This matter shall proceed as follows:

Telephone Status Conference: **September 24, 2026, at 2:30 PM**[1]

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court

[1] parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 2:30 PM.