**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,

Plaintiff,

v. Case No. 1:26-cr-028

Derrick Long,

Defendant.

## ORDER

This matter is before the Court pursuant to a telephone status conference conducted by the undersigned on September 24, 2026. Defendant was not present.

Counsel for the Defendant entered an oral motion to continue during the telephone conference so that they may continue to engage in possible plea negotiations.

Accordingly, a continuance is essential in order for the Defendant to meet with counsel and continue to engage in possible plea discussions. Therefore, the Court finds that the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i) and thereby **GRANTS** the request before the Court.

Based on the foregoing, the Court finds the period of time elapsing from September 24, 2026, until November 6, 2026, is properly, and shall be, excluded from the speedy trial calculation. This matter shall proceed as follows:

Change of Plea Hearing: **November 6, 2026, at 2:00 PM in Room 109.**

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court