UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
Plaintiff,

v.

Derrick Long,
Defendant.

Case No. 1:26cr028

Judge Michael R. Barrett

**CRIMINAL MINUTES before**
**United States District Judge Michael R. Barrett**

**Courtroom Deputy:** Krista Zeller
**Court Reporter:** Linda Mullen
**Date:** November 6, 2026 **Time:** Commenced 2:00 Concluded 2:35 Total 35 mins.

Asst. United States Attorney: Ashley Brucato Defendant Attorney: Clyde Bennett
Interpreter present and sworn: ____________

***Court Proceeding:*** Arraignment/Change of Plea - Dft Pleads Guilty to: Count(s) 1 of Indictment
(Count(s) _____ remain)

✓ Counsel present. _______ Waiver of Indictment signed in Court

✓ Deft's Counsel moves to withdraw Not Guilty Plea. ✓ Dft Pleads Guilty.

✓ Deft sworn. ✓ Court questions Deft regarding his competency to enter a plea of guilty.

✓ Court reviews Defendant's rights regarding: ✓ Consequences of a plea ✓ Restitution ✓ Forfeiture ✓ sentencing under the USSCG; ✓ rights to trial; ✓ mandatory minimum and ✓ right to appeal.
(Waiver of Appellate Rights at ¶ 11 of Plea Agreement)

✓ Plea Agreement summarized by AUSA Brucato (filed on ________ (Doc. ___) or filed in open Court

__ Statement of Facts presented by SA ____________ (filed on _____ (Doc. _____) or filed in open Court
✓ Stipulated Statement of Facts by the Parties.

✓ 2nd Opportunity for Deft to plead guilty

✓ Court makes a finding of guilty and accepts plea

✓ PSI ordered by Court (Sentencing set for a future date pursuant to the Court's receipt of the final PSI)

__ Issue of Bond Reviewed.

✓ Current Detention/~~Bond~~ Status to remain in effect ~~or modified as follows:~~

__ Additional comments.